**Order entered December 7, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00653-CV

**DEBORAH HUMPHREY, Appellant**

**V.**

**DAVID YANCEY AND NATIONWIDE SLATE, Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-07257**

## ORDER

We **GRANT** the parties' December 2, 2015 amended motion for abatement, **SUSPEND** all deadlines, and **ABATE** the appeal to allow the parties an opportunity to settle. The appeal will be reinstated January 16, 2015 or upon motion by the parties to reinstate and dismiss or reinstate and reset the deadlines, whichever occurs sooner.

.

/s/ CRAIG STODDART
   JUSTICE